KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JOCELYN BURTON (CSBN 135879)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7198
FAX: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN PEACHER,<br><br>   Plaintiff,<br><br>   v.<br><br>United States Department of Treasury, and<br>Doe 1 through Doe 10<br><br>   Defendants. | No. C04-2396 VRW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** |

In consideration of and return for the following payment by the Defendant John W. Snow, Secretary of the United States Department of Treasury, to the Plaintiff Susan Peacher and her attorneys, Minami, Lew & Tamaki and Law Offices of Michelle Brenard, and the other relief granted to Plaintiff Susan Peacher pursuant to the STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT entered in this action,

This action is hereby dismissed with prejudice and without costs or interest by the Plaintiff as against the Defendant John W. Snow, Secretary of the United States Department of Treasury, or any of his agents, servants, or employees on account of the events alleged in the Complaint filed herein, and

The plaintiff hereby agrees that she or her successors or assigns will indemnify and save

STIPULATION AND ORDER OF DISMISSAL
C04-2396 VRW

1 | harmless the defendant, his agents, servants, and employees from any such claims or demands or
2 | any actions, or proceedings thereon.
3 |     Upon approval by the Court as provided below, the Clerk is requested to enter this
4 | Dismissal and Release in the official docket.

Dated: 6/20/05        /s/ Susan C. Peacher_____
                        SUSAN PEACHR
                        Plaintiff

                        MINAMI, LEW & TAMAKI

Dated: 6/20/05        /s/ William Kong_____
                        LISA DUARTE
                        Attorney for Plaintiff

                        LAW OFFICES OF MICHELLE BRENARD

Dated: 6/16/05        /s/ Michelle Brenard_____
                        MICHELLE BRENARD
                        Attorneys for Plaintiff

                        KEVIN V. RYAN
                        United States Attorney

Dated: 6/22/05        /s/ Jocelyn Burton_____
                        JOCELYN BURTON
                        Assistant United States Attorney
                        Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 27, 2005        _____
                                VAUGHN R. WALKER
                                United States District Judge